**HEWLETT–PACKARD COMPANY,** Defendant Below, Appellant/Cross–Appellee,

v.

**PROFESSIONAL INVESTIGATION & CONSULTING AGENCY, INC., d/b/a PICA,** Plaintiff Below, Appellee/Cross–Appellant.

No. 243, 2015

Supreme Court of Delaware.

Submitted: December 2, 2015

Decided: December 4, 2015

Rehearing En Banc Denied December 23, 2015

Court Below: Superior Court of the State of Delaware in and for New Castle County, C.A. No. N12C–06–196.

AFFIRMED.